**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  GLOBAL STEEL HOLDINGS LIMITED

2. **Debtor's unique identifier**
   
   For non-individual debtors:
   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __
   ☑ Other 066279C                . Describe identifier Isle of Man Registration #

   For individual debtors:
   ☐ Social Security number: xxx – xx – __ __ __ __
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __
   ☐ Other _____. Describe identifier _____

3. **Name of foreign representative(s)**  Craig Mitchell, Mark Wilson and James Dowers

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Isle of Man Compulsory Liquidation

5. **Nature of the foreign proceeding**
   
   Check one:
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   
   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   May 10, 2018 Isle of Man Wind-up Order Appointing Provisional Liquidators and Dec. 13, 2018 Order Appointing Joint Liquidators and Receivers

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   
   ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)  Non-main foreign proceeding in England; see accompanying Section 1515(c) Statement
   ☐ Yes

Debtor    GLOBAL STEEL HOLDINGS LIMITED    Case number (if known) _____
          Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

Country where the debtor has the center of its main interests:

Isle of Man

Debtor's registered office:

First Floor, Queen Victoria House,
Number      Street

41-43 Victoria Street,
P.O. Box

Douglas       IM1 2LF
City          State/Province/Region    ZIP/Postal Code

Isle of Man
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

First Floor, Queen Victoria House,
Number     Street

41-43 Victoria Street
P.O. Box

Douglas       IM1 2LF
City          State/Province/Region    ZIP/Postal Code

Isle of Man
Country

10. **Debtor's website (URL)**    Online Services - Company Summary (gov.im)

11. **Type of debtor**

Check one:

☑ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Debtor  GLOBAL STEEL HOLDINGS LIMITED          Case number (if known)_____
         Name

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_____    Craig Mitchell
   Signature of foreign representative         Printed name

Executed on  05/22/2023
             MM / DD / YYYY

✗ _____    _____
   Signature of foreign representative         Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ _[signature] Brock_____    Date  05/23/2023
   Signature of Attorney for foreign representative         MM / DD / YYYY

Timothy T. Brock
Printed name

Duane Morris LLP
Firm name

230 Park Avenue, Suite 1101
Number   Street

New York                          NY        10169
City                              State     ZIP Code

(212) 404-8781                    TTBrock@duanemorris.com
Contact phone                     Email address

2000073                           NY
Bar number                        State